IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEANDRA STEPHENSON**
**ADC # 138392**                                                                                          **PETITIONER**

v.                                        Case No. 4:22-cv-00267-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                          **RESPONDENT**

## ORDER

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner DeAndra Stephenson's motion in nature of writ of error *coram nobis* pursuant to All Writs Statute 28 U.S.C.A. § 1651 ("motion for *coram nobis* relief") is denied (Dkt. No. 2). The Court, having construed Mr. Stephenson's motion for *coram nobis* relief as a petition for a writ of *habeas corpus*, declines to issue a certificate of appealability in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts. The Court denies the requested relief.

It is so adjudged this 17th day of January, 2023.

Kristine G. Baker
United States District Judge